UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN BUSHANSKY,<br><br>Plaintiff,<br><br>v.<br><br>DIVERSEY HOLDINGS, LTD., SELIM BASSOUL, ROBERT FARKAS, JUAN R. FIGUEREO, ERIC FOSS, KENNETH HANAU, RODNEY HOCHMAN, SUSAN LEVINE, MICHEL PLANTEVIN, PHILIP WIELAND, KATHERINE S. ZANOTTI, and EMILY ASHWORTH,<br><br>Defendants. | Case No. 1:23-cv-04135-DLC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Stephen Bushansky ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: June 28, 2023

So ordered.
/s/ June Ll
6/29/23

**WEISS LAW**

By /s/ Michael Rogovin
Michael Rogovin
476 Hardendorf Ave. NE
Atlanta, GA 30307
Tel: (404) 692-7910
Fax: (212) 682-3010
Email: mrogovin@weisslawllp.com

*Attorneys for Plaintiff*